UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SCHROEDER, an individual, AND EQUITY TRUST COMPANY CUSTODIAN FBO DIANE SCHROEDER IRA,<br><br>         Plaintiffs,<br><br>v.<br><br>STEPHEN HUNDLEY; JASON CHAPPELL; AND DISTRESSED ACQUISITIONS,<br><br>         Defendants. | Case No.: 17-CV-919 JLS (LL)<br><br>**ORDER DENYING DEFENDANT JASON CHAPPELL'S MOTION TO CONTINUE**<br><br>(ECF No. 72) |

  Presently before the Court is Defendant Jason Chappell's Motion to Continue ("Mot.," ECF No. 72). Per the Motion, "Defendant Jason Chappell respectfully requests a 90 day continuance, and if the CoronaVirus Pandemic continues, Jason Chappell will need further time to economically recover along with health wise recover," *id.* at 2, although it is unclear from the Motion precisely what Defendant Chappell requests the Court to continue. *See generally id.* The hearing on Plaintiffs' Motion for Default Judgment was calendared for February 18, 2021, *see* ECF No. 69, although the hearing was vacated on February 16, 2021, *see* ECF No. 70—the same date Defendant Chappell sent his Motion, although it was not received by the Court until February 22, 2021, *see generally* Mot.

As the Court noted in its last Order granting in part a similar motion filed by Defendant Chappell, "Defendant Chappell has made numerous appeals to the Court on account of his poor health and finances and hopes to retain counsel" seeking various continuances.  ECF No. 63 at 1 (citing ECF Nos. 20, 46 at 3–4); *see also* ECF No. 62.  That Order further warned Defendant Chappell that "[t]*he Court will not allow resolution of this action to be delayed indefinitely; consequently, absent extraordinary circumstances,* **no** ***further extensions or continuances shall be granted***."  ECF No. 63 at 2 (emphasis in original).  In his Motion, Defendant Chappell has not identified any extraordinary circumstances meriting further delay of the resolution of this action, which has been pending for nearly four years.  Accordingly, the Court **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: February 23, 2021

Hon. Janis L. Sammartino
United States District Judge